1  Lisa A. McClane
   Nevada State Bar # 10139
2  **JACKSON LEWIS P.C.**
   3800 Howard Hughes Parkway, Suite 600
3  Las Vegas, Nevada 89169
4  Tel: (702) 921-2460
   Fax: (702) 921-2461
5  lisa.mcclane@jacksonlewis.com

6  MATTHEW J. HOFFER
   Michigan Bar No. P70495*
7  3800 Capital City Blvd., Ste. #2
   Lansing, MI 48906-2110
8  *Admitted Pro Hac Vice

10 *Attorneys for Defendant*
   *Las Vegas Bistro, LLC dba Larry*
11 *Flynt's Hustler Club*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHEILA GONZALEZ, | Case No. 2:17-cv-00861-JAD-DJA |
| Plaintiff, | |
| v. | **JOINT STIPULATION TO DISMISS & ORDER** |
| LAS VEGAS BISTRO, LLC dba LARRY FLYNT'S HUSTLER CLUB, | ECF No. 24 |
| Defendant. | |

The Parties in the above captioned matter, acting through counsel, and pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) hereby stipulate to the **Dismissal With Prejudice** of this action, including all claims herein against all parties, with each party to bear its own attorney's fees and costs.

DATED this 20th day of September, 2019.

**MORRIS//ANDERSON LAW**

/s/ Ryan M. Anderson
RYAN M. ANDERSON, ESQ.
Nevada Bar No. 5837
716 S. Jones Blvd..
Las Vegas, NV 89107

**JACKSON LEWIS P.C.**

/s/ Lisa A. McClane
Lisa A. McClane
Nevada Bar No. 10139
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169

**RUSING LOPEZ & LIZARDI, PLLC**

/s/ P. Andrew Sterling
P. ANDREW STERLING
Nevada Bar 13769
6363 North Swan Road, Suite 151
Tucson, Arizona 85718

*Attorneys for Plaintiffs*

**SHAFER & ASSOCIATES, P.C.**

/s/ Matthew J. Hoffer
MATTHEW J. HOFFER
Michigan Bar No. P70495*
3800 Capital City Blvd., Ste. #2
Lansing, MI 48906-2110
*Admitted Pro Hac Vice*

*Attorneys for Defendants*

**ORDER**

Based on the parties' stipulation **[ECF No. 24]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 25, 2019